1106

No. 82–1428.  DAIRYMEN, INC. *v.* FEDERAL TRADE COMMISSION ET AL.  C. A. 6th Cir.  Certiorari denied.  ■

No. 82–1431.  CLARKE *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 82–1434.  NEW YORK *v.* KNAPP.  Ct. App. N. Y. Certiorari denied.

No. 82–1442.  WILLIAMS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 82–1446.  LIFETIME COMMUNITIES, INC. *v.* ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS.  C. A. 2d Cir.  Certiorari denied.

No. 82–1461.  JONES *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 82–1508.  AMERICAN DENTAL ASSN. ET AL. *v.* MYERS.  C. A. 3d Cir.  Certiorari denied.

No. 82–1524.  BROUNTAS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 1st Cir.  Certiorari denied.

No. 82–1525.  CRC CORP. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 3d Cir.  Certiorari denied.  ■

No. 82–1528.  TISDALE *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, U. S. DEPARTMENT OF LABOR, ET AL.  C. A. 9th Cir.  Certiorari denied.  ■

No. 82–1536.  LITTON SYSTEMS, INC. *v.* CHASTAIN, ADMINISTRATOR OF THE ESTATE OF CHASTAIN.  C. A. 4th Cir. Certiorari denied.

No. 82–1656.  MCKENDRICK *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.